EBC I, INC., Formerly Known as ETOYS INC., Appellant, v GOLDMAN SACHS & Co., Respondent.

Submitted April 22, 2013; decided April 25, 2013

Motion by Securities Industry and Financial Markets Association for leave to file a brief amicus curiae on the appeal herein

granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.